In the Matter of MICHAEL O'SULLIVAN.— Motion denied.  Present —
Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of SAMUEL S. FIELD and Others.— Motion granted.
Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

In the Matter of MICHAEL J. WALSH, an Attorney.— Motion denied.
Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

In the Matter of JOHN T. DELANEY, an Attorney.— Respondent having
filed his duly acknowledged resignation of the office of attorney and
counselor at law, no further proceedings will be taken.  Present — Clarke,
P. J., Laughlin, Scott, Davis and Shearn, JJ.

In the Matter of JOHN T. MULHALL, an Attorney.— Respondent having
filed his duly acknowledged resignation of the office of attorney and
counselor at law, no further proceedings will be taken.  Present — Clarke,
P. J., Laughlin, Scott, Davis and Shearn, JJ.

-----

## SECOND DEPARTMENT, JULY, 1917.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN CERULLI,
Appellant.

*Crime — rape — punishment.*

Appeal by the defendant from a judgment of the County Court of Kings
county, entered in the office of the clerk of said county on the 5th day of
March, 1917, convicting him of the crimes of rape in the second degree and
abduction.

Judgment of the County Court of Kings county affirmed.  No opinion.
Thomas, Mills and Putnam, JJ., concurred; Jenks, P. J., read for reversal,
with whom Blackmar, J., concurred.

JENKS, P. J. (dissenting):  The proof is sufficient to justify the verdict,
and there are no erroneous rulings.  But Mr. Justice Blackmar and I think
that there should be a new trial, because the sentence is so excessive as to
justify the exercise of the power declared by this court in its Third Depart-
ment in *People* v. *Miles* (173 App. Div. 179).  The defendant, aged seven-
teen years, a first offender, received the highest sentence possible under
the law, despite a recommendation of mercy from the jury.  If the question
of power were one of first impression, we would not be clear of its existence.
We think that question should be determined by the Court of Appeals.
Blackmar, J., concurred.          _____

AUDLEY CLARKE, Respondent, v. BOROUGH ASPHALT COMPANY, Appel-
lant, and DANIEL J. McCOY, Defendant.— Motion denied, *without costs.*
Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

JOSEPH H. DOUD, Appellant, v. THE HUNTINGTON HEBREW CONGREGA-
TION OF HUNTINGTON, N. Y., Respondent.— Motion denied.  Present —
Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.